**No. 10-5970. In re Michael J. Pendleton, Petitioner.**

562 U.S. 825, 131 S. Ct. 363, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7733.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5980. In re Joseph Ciambrone, Petitioner.**

562 U.S. 825, 131 S. Ct. 363, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7809.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-5994. In re Michael Daniels, Petitioner.**

562 U.S. 825, 131 S. Ct. 364, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7835.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 10-6152. In re Eric Fair, Petitioner.**

562 U.S. 825, 131 S. Ct. 370, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7820.

October 4, 2010. Petition for writ of habeas corpus denied.

**No. 09-11232. In re Shirley V. Remmert, Petitioner.**

562 U.S. 825, 131 S. Ct. 164, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7705.

October 4, 2010. Petition for writ of habeas corpus denied. Justice Breyer took no part in the consideration or decision of this petition.

**No. 09-11389. In re Gary B. Williams, Petitioner.**

562 U.S. 825, 131 S. Ct. 190, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7663.

**No. 09-11419. In re Allen Glenn Thomas, Petitioner.**

562 U.S. 826, 131 S. Ct. 195, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7724.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.

**No. 10-5171. In re Jimmy Harris, Petitioner.**

562 U.S. 826, 131 S. Ct. 253, 178 L. Ed. 2d 258, 2010 U.S. LEXIS 7704.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8.